# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CB10 |
| | ) | Violation Number 1753166 NE-14 |
| vs. | ) | |
| | ) | O R D E R |
| DANIEL C. KORCEK, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed.

**ORDERED** this 28th day of November, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge