# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CB10 |
| | ) | Violation Number 2304582 NE-14 |
| vs. | ) | |
| | ) | O R D E R |
| MICHAEL F. SORRELL, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed.

**ORDERED** this 28th day of November, 2011.

BY THE COURT:

s/Thomas D.Thalken
United States Magistrate Judge