# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 8:11CB10-TDT |
| | ) | Violation Number 2304843-NE14 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KENNETH L. MILENKOVICH,** | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 19), the hearing set for December 27, 2011, is continued until January 31, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED this 21st day of December, 2011

                                        BY THE COURT:

                                        s/Thomas D. Thalken
                                        United States Magistrate Judge